# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RASHID TARIQ KALIF,

    Plaintiff,

v.  No. 18-cv-772 JCH/KRS

CORRECTION INDUSTRIES, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Rashid Tariq Kalif's *pro se* prisoner civil rights proceedings. The docket reflects a recent mailing to Kalif was returned as undeliverable with a notation "Return to Sender, No Longer at [Penitentiary of New Mexico]." (Doc. 20). It appears Kalif was released from custody and/or transferred without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Kalif must notify the Clerk of his new address within twenty-one (21) days of entry of this Order or show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

**IT IS ORDERED** that within twenty-one (21) days of entry of this Order, Kalif shall update his address or show cause why this action should not be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE